# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 08-60348-CIV-COOKE/WHITE

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **08-60348-CIV-COOKE/WHITE**

Ronald Dan Bolds

(Enter above the full name of the plaintiff or plaintiffs in this action.)

v.

Broward County Sheriffs office c/o
Detective Maury Herandez #11985
Samuel P. Wagers
Osvaldo N. Tianga

(Enter above the full name of the defendant or defendants in this action.)

FILED by **IG** D.C.
ELECTRONIC

**MAR. 13, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

cat / div _1983/FTL_
Case # _08cv60348_
Judge _MGC_  Mag _PAW_
Motn Ifp _Bnk S/M_ Fee pd $ _0_
Receipt # _____

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. Your should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $250.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Page 1 of 5

1 of 14                                                                                                ORIGINAL

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to teach defendant, the United States Marshal will require you to pay for the costs of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ( )   No (X)

   B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit

       Plaintiffs: _____

       _____

       Defendants: _____

       _____

   2.  Court (if federal court, name the district; if state court, name the county): _____

   3.  Case Number: _____

   4.  Name of Judge to whom case was assigned: _____

   5.  Disposition (for example: Was the case dismissed?; Was it appealed?; Is it still pending?): _____

   6.  Approximate date of filing lawsuit: _____

   7.  Approximate date of disposition: _____

Page 2 of 5

(Rev.04/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

II. Place of present confinement: Florida Dept. of Corrections, Moore Haven Correctional Facility, P.O. Box 718501, Moore Haven FL. 33471

   A. Is there a prisoner grievance procedure in this institution?

   Yes ( )   No (X)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ( )   No (X)

   C. If your answer is YES:
      1. What steps did you take? _____
      2. What was the result? _____

   D. If your answer is NO, explain why not: I wrote a letter to the B.S.O. Internal affairs Division and pursuant to jurisdictional issues, this incident did not occur in FL. Dept of Corrections custody. Civil grievance forms are not available.

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff: Ronald Dan Bolds
      Address: Moore Haven Correctional Facility P.O. 718501 Moore Haven FL. 33471

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

   B. Defendant Hernandez
      is employed as Law enforcement officer Detective
      at Broward County Sheriffs office, Florida

Page 3 of 5

(Rev.04 (2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

C.  Additional Defendants: Samuel P. Wagas
Law enforcement officer Detective
Broward County Sheriffs Office, Florida
Osvaldo N. Tianga
Law enforcement officer Detective
Broward County Sheriffs Office, Florida.

IV.  Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

On 6/22/06 Deputy Wagers entered upon my residence on 4100 SW 19th Str, Hollywood FL. 33023. Without a valid search warrant or probable cause, and entered upon my kitchen laughing at me asking me what I had in my hand (he saw me talking to a female friend of mine 20 minutes early and thought this was a drug transaction) I showed him my hand and he placed a hand cuff on it, placed me in a choke hold, slammed me to the ground and radioed for assistance. I never tried to resist arrest, after back up arrived officers Hernandez and Tianga these officers proceeded to physically assault me by kicking me in my face and stomping my hand that was uncuffed. I was then transported to the B.S.O. office holding cell upon which a supervisor ordered me sent to te hospital since my injuries were so severe. I was never advised of my miranda rights, nor searched for any contraband. I had $297.00 on my person however upon my arrival to intake after release from the Hospital there was only $100.00 on my person. One of these officers stole $197.00 of my money. I was acquitted on all charges alleged by officers, since it was proven in court that officer Wages was not forthwith along with Hernandez. I was convicted of Battery on officer Wager based on his statement even though I never raised my hands to him. I am willing to take a polygraph on this issue. also these officers planted drugs on me, which I did not have in my possession.
*See attached medical report with respect to injuries sustained on 6/22/06

Page 4 of 5

(Rev.04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

V.  Relief

State briefly exactly what you want the court to do so for you. Make no legal arguments. Cite no cases or statutes.

I would like these officers investigated and prosecuted to the fullest extent of the law for their actions with respect to the incidents on 06/22/06, and in the event once it is proven that these officers did commit the acts alleged in this complaint, and they are found guilty and or reprimanded for their actions. Then my convictions on case no(s) 06-010696 CF10A should be reviewed and ultimately reversed, since upon these officers being found guilty of wrongdoing would ultimately prove my innocense of these charges. I never admitted guilt nor plead guilty to these actions. I just want these officers dealt with in accordance with the law, and my convictions based on their statements reviewed and dismissed. Respectively.

Signed this  5th  day of  March , 20 08 .

Ronald D. Bolds
643981  2D
More Haven Correctional Facility P.O. Box 71850
More Haven FL. 33471
(X) Ronald Bolds
(Signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct. Executed on  3/5/08 

(X) Ronald Bolds
(Signature of plaintiff)

Page 5 of 5

WP06-06-00918

Wagers, Sam 8540

Broward Sheriff's Office Event Report

6/23/2006 3:55:19 PM
Page 4 of 5

## NARRATIVE

On 6/22/06 at approximately 1500 while on patrol in the 4000-4100 block of SW 19th Street, West Park, Florida I observed a black male, previously known to me to be Ronald Bolds, conversing with a black male in the 4100 block of SW 19th Street, West Park, Florida.

Upon viewing Bolds and the unknown black male I observed a transaction that involved Bolds handing the unknown black male U.S. currency in exchange for an object, in a plastic baggie, that Bolds held in his left hand before placing the same baggie into his left front pants pocket. From my training and experience the transaction witnessed, by me, was conducive to an illegal narcotics transaction. After the transaction was completed the unknown black male left the area on foot travelling Southbound. There was no contact made with the unknown black male. Bolds remained in the area milling around the rooming house at 4015 SW 19th Street, West Park, Florida. With these founded suspicions and situational elements I approached Bolds whereby he recognized me before conversing with me uttering, " I aint got nothing on me".

I retrieved my BSO issued radio, from my pants pocket, in order to summon back up BSO personnel. Upon attempting to use the BSO radio Bolds immediately slapped the radio whereby the radio was dislodged from my grasp falling to the ground. Bolds attempted to kick the radio further from my immediate area with his foot. Bolds then attempted to leave the area whereby I placed my hands on Bolds to terminate his leaving the area. I retrieved the BSO radio, from the ground, transmitting for back up personnel. I successfully transmitted, via radio, for the BSO back up personnel. At this juncture Bolds began to verbally utter that he did not have anything on him. Furthermore, Bolds started to strike my chest area with his closed fists. Bolds intentions were to flee the area. With our tussling Bolds managed to retrieve a bagged object from his left front pants pocket placing the bagged object into his mouth. This bagged object was the same object, previously mentioned, that looked to contain the suspect cocaine. Bolds further resisted, with violence, by kicking my feet/legs in order to fail my attempts to further my radio transmissions to other BSO personnel responding for back up. This violence, by Bolds, escalated my actions whereby Bolds was taken to the ground for safety/custodial reasons. Upon falling to the ground Bolds hit his face flush on the cement pad where we were standing. The impact of the fall dislodged the suspect bagged object from the mouth of Bolds. While entangled with Bolds he continued to resist by tensing his muscles and slapping , haphazardly, at my body mid-section. Also while on the ground I maneuvered the suspect bagged object that was dislodged from Bolds mouth to the side for later retrieval.

BSO back up units arrived on scene whereby Bolds was taken into custody. Bolds was advised of his Miranda rights, by me, and this was witnessed by BSO Detective Hernandez, #11985. At this time I immediately retrieved the suspect bagged object, from the ground, securing it on my person. This was the same bagged object that was in the mouth of Bolds. The contents of the baggie field tested positive, by me, for the presence of cocaine. This field test was witnessed by BSO Detective Hernandez. Bolds was charged with tampering with evidence referring to his actions to impair the availability of the cocaine by swallowing, attempting to destroy the evidence eliminating the cocaine/evidence from possible criminal trial proceedings.

A search incident to arrest revealed a second plastic baggie in the possession of Bolds, left front pants pocket, that contained a white "rock" substance that also field tested positive, by me, for the presence of cocaine. This field test was also witnessed by BSO Detective Hernandez.

WP06-06-00918  
Wagers, Sam 8540

Broward Sheriff's Office Event Report

6/23/2006 3:55:19 PM  
Page 5 of 5

### NARRATIVE

BSO Deputy Seals, #13911 transported Bolds to the BSO South Broward station. Before transporting Bolds BSO Deputy Seals checked her marked patrol vehicle for any contraband. BSO Deputy Seals advised that her vehicle was clear of any contraband before placing Bolds into the back seat of the vehicle. Upon arriving at the station BSO Deputy Seals escorted Bolds into the holding cell of the South Broward station. After securing Bolds, with proper supervision, BSO Deputy Seals then checked her vehicle for any contraband. Upon checking her vehicle BSO Deputy Seals advised that she had located a leafy substance inside her vehicle, wedged into the seat area, where Bolds was sitting. A field test was conducted on the leafy substance, by me, whereby the substance field tested positive for the presence of cannabis. This field test was witnessed by BSO Deputy Seals. Upon confronting Bolds he admitted that the cannabis was his property and that he had placed it between the seats of the patrol vehicle. Bolds was charged accordingly. Furthermore, Bolds was transported to the Hollywood Memorial Hospital for medical clearance before being transported to the main jail for booking.

Post Miranda, Bolds admitted that he had purchased the cocaine. Bolds also admitted that he resisted because he did not want to go to jail. BSO Detective Hernandez witnessed these statements by Bolds.

X _____ 8540  
Signature

X _____  
Supervisor

The foregoing _____ consisting of 5 pages, each page been _____ by me, _____:

_____ 6/23/06  
Affiant      Date

[notary block, partially illegible]

Not. Mary Hernandez /11985  
NOTARY PUBLIC OR PUBLIC OFFICER OR TITLE OR RANK ____



Hollywood Medical Center
Emergency Department
3600 Washington Street
Hollywood, Fl. 33021
954-985-6300

RONALD BOLDS
PatID: 6671754  Age:
Acct#:   DOB:
Discharged: 6/22/2006 7:57:55 PM
By: Juan Remos, MD

2. The diagnosis is often made by examination only; but sometimes an X-ray can be taken to confirm the diagnosis.

3. You will have some swelling and bruising over the next several weeks. The use of ice after the injury may reduce the swelling.

4. Sometimes the nasal bone will need to be repositioned. This is often done at a later time by a specialist. Your Emergency Department Physician or Family Physician may refer you to the appropriate follow-up physician.

5. Avoid sneezing and strenuously blowing you nose. This may cause swelling of the face or may cause your nose to bleed.

6. The bleeding often originates at the end of the nose, so pinching the entire nose for 15 minutes is often effective at stopping the bleeding.

7. Application of ice bags to the forehead and to the back of the neck ARE NOT effective. Apply direct pressure to the nose. If you are unable to stop the bleeding, return to the Emergency Department.

8. YOU SHOULD RETURN TO THE EMERGENCY DEPARTMENT IMMEDIATELY IF ANY OF THE FOLLOWING OCCUR:
   - You are unable to stop bleeding with direct pressure.
   - You develop headaches or double vision.
   - You develop any signs of a more serious underlying head injury such as altered mental status (confusion) or lethargy (excessive sleepiness or difficulty arousing from sleep).

PATIENT MEDICALLY CLEARED TO GO TO JAIL

FOLLOW UP   *Plastics Dr Pazmino  305 576-3443*   *ENT Shapiro 954-438-7171*

Follow up with A PLASTIC SURGEON/ENT MD In 5 days. Call NOW to arrange.

PRESCRIPTIONS WRITTEN

Vicodin (hydrocodone/acetaminophen) 7.5/500, Disp: Twenty (20), Sig: Take one or two by mouth every 4-6hrs for pain. Caution: causes sedation., Refillls: None (0)

**PATIENT COPY**



Hollywood Medical Center
Emergency Department
3600 Washington Street
Hollywood, Fl. 33021
954-985-6300

RONALD BOLDS
PatID: 6671754  Age:
Acct#:   DOB:
Discharged: 6/22/2006 7:57:55 PM
By: Juan Remos, MD

# After Care Instructions

INSTRUCTIONS

Diagnosis: Facial Fracture

1. You have been diagnosed with a facial fracture.

2. Many different bones make up your face. Some fractures involving the face need to be repaired immediately, others can be fixed at a later date. Some never need to be fixed.

3. Your emergency physician has determined that your fracture can be evaluated as an outpatient. Make sure that you follow up as recommended so that a specialist can re-evaluate you and determine whether or not anything needs to be done about your broken bone. Generally a facial fracture needs to be repaired if it causes numbness in the face, visual problems or cosmetic problems.

4. The type of fracture that you have is called a blow-out fracture. This type of fracture occurs when the eye is struck and the force against the eye causes the floor of the eye socket (orbit) to break. It is very IMPORTANT that you DO NOT blow your nose, as the pressure from blowing can force air into the eye orbit and cause the eye to swell completely shut.

5. Apply ice to any painful or swollen areas for 15 minutes every hour.

6. Avoid medication that may cause sedation or drowsiness as it may make it difficult to assess your progress.

7. You should follow-up with the referral physician as recommended.

8. YOU SHOULD RETURN TO THE EMERGENCY DEPARTMENT IMMEDIATELY IF ANY OF THE FOLLOWING OCCUR:
   - Clear drainage from your nose.
   - Bleeding from your nose that will not stop after 15 minutes of pressure to the soft part of your nose.
   - Clear or bloody drainage from your ear.
   - Drowsiness, confusion or difficulty awakening from sleep.
   - Severe headache not relieved by Tylenol, ibuprofen or medication prescribed by your doctor.

Diagnosis: Nasal Fracture

1. You have been diagnosed with a nasal fracture (broken nose).

**PATIENT COPY**



Office of the

# PUBLIC DEFENDER

SEVENTEENTH JUDICIAL CIRCUIT

BROWARD COUNTY

**HOWARD FINKELSTEIN**
**PUBLIC DEFENDER**

BROWARD COUNTY COURTHOUSE
201 S.E. 6TH STREET, NORTH WING, THIRD FLOOR
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (954) 831-8650
SUNCOM 454-8650
This Writer's Phone Number: (954) 831-8563

October 18, 2006

Ronald Bolds
Location: WOM D5-1
Arrest Number: WP06000314

**Re: State of Florida v. Ronald Bolds**
**Case No.: 06-008761-CF10A**

Dear Mr. Bolds:

Please find enclosed a copy of the police reports and other discovery sent to me by the State Attorney's Office. Review these documents and retain them for your records. We will discuss them at our next meeting.

If you have any questions before that time, please feel free to contact my office.

Very truly yours,


David B. Wheeler, Esq.
Assistant Public Defender


Enclosures



Broward Sheriff's Office
2601 West Broward Boulevard
Fort Lauderdale, FL 33312

Oct 29, 2007

Mr. Ronald Bolds
4100 S.W. 21 Street
Hollywood, FL 33023

Dear Mr. Bolds:

Your complaint has been received by the Division of Internal Affairs and is classified under Internal Affairs Case Number 10-07-0381.

Our office is committed to completing all investigations thoroughly and objectively. You will be notified when the investigation is complete.

Thank you for bringing this matter to our attention.

Sincerely,

*[signature]*

Lt. Gregory S. Gordon
Operations Supervisor
Division of Internal Affairs
954-321-1100

PRINTED: 09/08/06

IN THE CIRCUIT COURT
OF THE SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

| STATE OF FLORIDA,<br><br>Plaintiff,<br><br>vs.<br>BOLDS, RONALD<br><br><br><br>Defendant<s> | CASE NO:  06010696CF10A<br>  JUDGE:  MARC GOLD<br>    ASA:  MS. DAVINA BOYNTON<br>   UNIT:  FTU<br><br>STATE'S DISCOVERY SUBMISSION |
|---|---|

COMES NOW the State of Florida, by and through the undersigned Assistant State Attorney, in compliance with Rule 3.220, Florida Rules of Criminal Procedure and in recognition of the Defendant's election to participate in discovery, submits the following information:

1. The names and addresses of all persons presently known to the prosecutor to have information which may be relevant to the offense charged, or to any defense with respect thereto are:

| | | | | |
|---|---|---|---|---|
| A | WAGERS, SAMUEL P | 3201 W. HALLANDALE BEACH<br>BS08540 | PEMBRK PINFL | 33023 |
| A | SEALS, JENNIFER | 3201 W. HALLANDALE BEACH | PEMBRK PINFL | 33023 |
| A | TIANGA, OSVALDO N | 3201 W. HALLANDALE BEACH | PEMBRK PINFL | 33023 |
| B | MIX, DAVE | 201 S.E. 6TH ST CRIME LAB | FT.LAUDERDFL | 33301 |

Copies of all "statements" within the meaning of the aforesaid Rule are provided to the defense with this submission. In addition, the State incorporates by reference any individual(s) listed in the police report(s), any witness statement(s) and deposition(s) relevant to the offenses charged herein.

Rev 5/05    ORIGINAL=Clerk    COPY=Defense Counse    COPY=SAO FILE    #024

# Inmate Summary  8/26/2007

Projected Release Date
Sentence Completion must be calculated

| CIS No. | Control No. | Inmate Name | Housing Location | Security Level | SRA |
|---|---|---|---|---|---|
| 500606987 | 17365 | BOLDS, RONALD | WOM-D2-1-1-2 | MEDIUM | MB45 |

**Charges:**

| Chrg No. | Statute | Section Description | Warrant/Capias | Bond | Bond Amt | Charge Status |
|---|---|---|---|---|---|---|
| 1 | 893.13-6a(2A4) | POSSESSION OF COCAINE | 06010696CF10A | NA | $.00 | SENTENCED STATE |

Adm Date: 06/22/2006   Sent Date: 08/24/2007   Years 0  Months 0  Days 0
Accum gain 0
Sentence: SENT FSP 5 YEARS W/C 429 DAYS T/S

| 2 | 893.13-6b | POSSESSION OF CANNABIS LESS THAN 20 G | 06010696CF10A | NA | $.00 | ACQUITTAL |

Adm Date: 06/22/2006   Sent Date: 07/10/2007   Years 0  Months 0  Days 0
Accum gain 0

| 3 | 784.07-2b | BATTERY/ON OFFICER OR FIREFIGHTER | 06010696CF10A | NA | $.00 | SENTENCED STATE |

Adm Date: 06/22/2006   Sent Date: 08/24/2007   Years 0  Months 0  Days 0
Accum gain 0
Sentence: SENT FSP 5 YEARS W/C 429 DAYS T/S F/B 2 YEARS PROBATION

| 4 | 843.01 | OBSTRUCT WITH VIOLENCE | 06010696CF10A | NA | $.00 | SENT COMPL |

Adm Date: 06/22/2006   Time Start: 08/24/2007   Sent Date: 08/24/2007   Years 0  Months 0  Days 0
Accum gain 0
Charge: LIO RESIST W/O VIOLENCE
Sentence: SENT 429 DAYS BCJ W/C 429 DAYS T/S

| 5 | 843.025 | DEPRIVE OF MEANS PROTECTION OR COMM | 06010696CF10A | NA | $.00 | ACQUITTAL |

Adm Date: 06/22/2006   Sent Date: 07/10/2007   Years 0  Months 0  Days 0
Accum gain 0

| 6 | 918.13 | TAMPER WITH OR FABRICATE PHYSICAL | 06-010696CF10A | NA | $.00 | SENTENCED STATE |

Adm Date: 06/22/2006   Sent Date: 08/24/2007   Years 0  Months 0  Days 0
Accum gain 0
Charge: COC TO ATTEMPT TAMP/FABRICATE PHSY EVID - 3F
Sentence: SENT FSP 5 YEARS W/C 429 DAYS T/S

| 7 | 893.13-6a(2A4) | POSSESSION OF COCAINE | 06008761CF10A | BD | $1,000.00 | CHANGE OF CHARG |

Adm Date: 06/22/2006   Years 0  Months 0  Days 0
Accum gain 0
Charge: COC FROM SELL / DELIVER INTENT TO DELIVER BND SUR BY BLTLERS BAILS BOND



Office of the

# PUBLIC DEFENDER

SEVENTEENTH JUDICIAL CIRCUIT

BROWARD COUNTY

**HOWARD FINKELSTEIN**
**PUBLIC DEFENDER**

BROWARD COUNTY COURTHOUSE
201 S.E. 6TH STREET, NORTH WING, THIRD FLOOR
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (954) 831-8650
SUNCOM 454-8650
This Writer's Phone Number: (954) 831-8563

October 18, 2006

Ronald Bolds
Location: WOM D5-1
Arrest Number: WP06000314

    **Re: State of Florida v. Ronald Bolds**
    **Case No.: 06-008761-CF10A**

Dear Mr. Bolds:

    Please find enclosed a copy of the police reports and other discovery sent to me by the State Attorney's Office. Review these documents and retain them for your records. We will discuss them at our next meeting.

    If you have any questions before that time, please feel free to contact my office.

Very truly yours,

David B. Wheeler, Esq.
Assistant Public Defender

Enclosures

# BROWARD SHERIFF'S OFFICE
## INMATE PROPERTY INVENTORY AND TRANSFER FORM

5006906987

Print or type information

| (1) Inmate's Name (Last, First, Middle) | (2) Arrest # | (3) Date of Birth | (4) Race/Sex |
|---|---|---|---|
| Balds, Ron | | 10/22/61 | B/M |

| (5) Date | (6) Time | (7) Location Taken: |
|---|---|---|
| 6/22/06 | 1522 | 4315 SW 19 St |

| (8) Money Pouch # | (9) Bulk # | (10) Valuable Pouch # | (11) Tag ID # |
|---|---|---|---|
| | 5030 | 5739 | 5907153 |

### United States Currency

| US Coins Total | (12) 1's: 0 | (13) 5's: 0 | (14) 10's: 0 | (15) 20's: 0 | (16) 50's: 0 | (17) 100's: 0 |
|---|---|---|---|---|---|---|
| (18) $ 0 | (19) US Currency Total: $ 0 | | (20) Money Total: $ 0 | | | |

**Inmate's Property Items Only – DO NOT INCLUDE EVIDENCE OR WEAPONS**

| ITEM | QTY | (21) DESCRIPTION | ITEM | QTY | (22) DESCRIPTION |
|---|---|---|---|---|---|
| Watch | | | Belt | | |
| Ring | | | Wallet | | |
| Necklace | | | Purse | | |
| Bracelet | | | Cell Phone | | |
| Earring | | | Pager | | |
| Key | | | Eyewear | | |
| Driver's License | | | Headwear | | |
| ID Card | | | Footwear | 1 | Blue Shoe |
| Credit Card | | | Shirt | | |
| S.S. Card | | | Pants | | |
| Voter's Card | | | MEDS | | |
| Misc. | 1 | Numerous paperwork | Misc. | | |
| Misc. | | from Doctor | Misc. | | |

By my signature, I acknowledge that the above described property is all the property, other than that held as evidence, in my possession at the time of my arrest. I acknowledge that the above listed property items and money were taken from me on the date listed above. I understand I have 30 days after my release / transfer to claim my property. Failure to do so will result in disposal of all property left unclaimed.

(23) Inmate's Signature: Ron Balds  (23) Date: 6/22/06
(24) Officer's Signature: Mau Hernandez  (24) CCN: 11985  (24) Date: 6/22/06

**I certify the above inventory is correct and I have received all items listed above.**

| | Name and CCN or ID Number | Date |
|---|---|---|
| (25) 1. | A. Wetzley 91108 | 6/22/06 |
| (26) 2. | | |
| (26) 3. | | |

By my signature, I acknowledge receipt of all my listed property at the time of my release from the Broward Sheriff's Office.
Inmate's Signature: _____ Date: _____
Release Authority's Signature & CCN: _____ Date: _____

Property Unit Only:
Audit Completed? Yes / No    Missing Property? Yes / No    IAS CCN: _____

Comments: _____

DISTRIBUTION: Original-Property / 1st Copy-Control / 2nd Copy-Inmate / 3rd Copy-Inmate Banking / 4th Copy-Arresting Agency
(White)          (Green)         (Yellow)         (Pink)                  (Goldenrod)

BSO DB#21 (Revised 04/05)



# DEPARTMENT OF DETENTION AND COMMUNITY CONTROL
## INMATE GRIEVANCE FORM

**TO BE COMPLETED BY INMATE**

Inmate's Name: Ronald Bolds
Arrest#: 500606987
Cell: 3D5-9
Facility: SnJ
Date: 8/6/06

### PART A - INMATE'S GRIEVANCE

Nature of Grievance (emergency) This is a demand for the return of my money! On 6/22/06 I was booked into the Broward County main Jail and officer Sargent nice took a hundred and ninety two dollars off of my Person the following week I found out the the Jail lost my money and never put this Cash into my account. All I'm asking is the return of my money, This incident happen on the 11-7 shift Please help me resolve this matter before I call my Attorney Chris Cloney CC: file

Staff's response: Refer to Property

Sergeant's response:

Inmate's Signature: Ronald Bolds
Date Signed: 8/6/06

**WHEN PART A - INMATE'S GRIEVANCE, IS COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO ANY STAFF MEMBER TO BE PLACED IN THE GRIEVANCE BOX.**

### PART B - RESPONSE

Supervisor's Signature/CCN _____ Date Signed _____

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**

I wish to appeal the response _____
Inmate's Signature _____ Date Signed _____

### FACILITY ADMINISTRATOR'S RESPONSE TO APPEAL

Facility Administrator's Signature _____ Date Signed _____

White Copy - Inmate
Yellow and Pink Copies - Grievance Box

BSO DJ#51 (Revised Feb. 2000)

P-3739
b-3030



# BROWARD SHERIFF'S OFFICE
## DEPARTMENT OF DETENTION
## POST - INTAKE PROPERTY RECEIPT FORM   M 9074

All property, except for contraband items, taken from an inmate **after** the initial property inventory conducted at Intake will be documented on this form. When a deputy places an inmate in a housing unit which requires the prohibition of certain items from the unit, the deputy will record all items taken from the inmate on this form. The form and inmate's property will be forwarded to the Inmate Property Unit for storage.

### DESCRIPTION OF PERSONAL PROPERTY TAKEN FROM INMATE

The following items listed were taken from the below inmate's housing unit location ____ on ____
                                                                              (Housing Unit)   (Date)

**Clothing Articles**
1. _____
2. _____
3. _____
4. _____
5. _____

**Miscellaneous Items**
1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

**Commissary Items**
1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____

Currency: _____

Reason for confiscation of inmate property: (Contraband)

By my signature, I acknowledge that the above described property is all the property, other than contraband, taken from me on the date indicated.

Inmate's Name (Print) Bolds Ronald   CIS # _____

Inmate's Signature X Ronald Bolds   (Upon Receipt of Property from Inmate)

Deputy (Print) _____ CCN ____ Signature _____

Property received by Property Unit on (Date) 6/23/06

IAS (Print) Bobby Neal   CCN 1006   Signature _____

Except as otherwise indicated on this form, the above listed items were returned to the inmate on: _____

Inmate's Signature _____ (Upon Return of Property to Inmate)

IAS / Deputy (Print) _____ CCN _____ Signature _____

**Distribution of form:** Original Copy-(White) To Property Unit upon receipt of Inmate's Property / 1st Copy- (Green) To Property Unit after Property is returned to the Inmate / 2nd Copy- (Yellow) To inmate upon taking of Inmate's Property

BSO DB#25 (Revised 04/05)

*Inmate Banking, #10628*



# DEPARTMENT OF DETENTION AND COMMUNITY CONTROL
## INMATE GRIEVANCE FORM

**TO BE COMPLETED BY INMATE**

| Ronald Bolds | 500606987 | 3D5-9 | SnJ | 8/6/06 |
|---|---|---|---|---|
| Inmate's Name | Arrest# | Cell | Facility | Date |

### PART A - INMATE'S GRIEVANCE

Nature of Grievance (emergency) This is a demand for the return of my money! On 06/22/06 I was booked into the Broward County main Jail and officer Sarcent nice took a hundred and ninety two dollars off of my Person the following week I found out the Jail lost my money and never Put this Cash into my account all im asking is the return of my money. This money happen on the 11-7 Shift Please help me resolve this matter before I call my Attorney Chris Cloney -CC! file

Staff's response: Refer to Property

Sergeant's response: Refer to Property.

Ronald Bolds — Inmate's Signature      8/6/06 Date Signed

**WHEN PART A - INMATE'S GRIEVANCE, IS COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO ANY STAFF MEMBER TO BE PLACED IN THE GRIEVANCE BOX.**

### PART B - RESPONSE

Unfound on behalf of Inmate Banking transactions. Note: $100.00 was turned in to the inmate banking unit as your initial intake. Refer to your Property Form which states the amount of funds accounted for you. Should you have a disagreement, you will need to contact the Booking Unit directly.

RECEIVED AUG 2 2 2006 INMATE ASSET UNIT

Supervisor's Signature/SCN      8/22/06 Date Signed

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**

I wish to appeal the response  Ronald Bolds      9/13/06
                              Inmate's Signature         Date Signed

### FACILITY ADMINISTRATOR'S RESPONSE TO APPEAL

Unfound- See above Statement.

Facility Administrator's Signature      9/15/06 Date Signed

White Copy - Inmate
Yellow and Pink Copies - Grievance Box

BSO DJ#51 (Revised Feb. 2000)

BROWARD COUNTY JAIL COMMISSARY SYSTEM - MAIN FACILITY
COMMISSARY OFFICE - INMATE LEDGER CARD
PRINT DATE: 10/20/2006
PRINT TIME: 12:07 PM

Arrest Number: 500606987
Inmate Name: BOLDS, RONALD
Alias: None, None
Curr. Balance: $0.00

CELL#: MAIN-3-MED-1-3
RACE/SEX: BM
DOB: 10/22/1961

| DATE | TYPE | DEPOSIT | DISBURSEMENT | BALANCE |
|---|---|---|---|---|
| 06/27/2006 | Initial Intake | $100.00 | $0.00 | $100.00 |
| 06/27/2006 | Uniform Fee | $0.00 | ($10.00) | $90.00 |
| 06/28/2006 | Subsistence Payment | $0.00 | ($3.00) | $87.00 |
| 06/29/2006 | Subsistence Payment | $0.00 | ($3.00) | $84.00 |
| 06/29/2006 | Special Mail | $0.00 | $2.79 | $81.21 |
| 06/29/2006 | Voucher | $0.00 | $81.21 | $0.00 |
| 07/05/2006 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/19/2006 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/26/2006 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 08/11/2006 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 08/15/2006 | Mailroom Deposit | $10.00 | $0.00 | $10.00 |
| 08/16/2006 | Subsistence Payment | $0.00 | ($3.00) | $7.00 |
| 08/17/2006 | Subsistence Payment | $0.00 | ($0.20) | $6.80 |
| 08/18/2006 | Purchase | $0.00 | $6.80 | $0.00 |
| 08/22/2006 | Voided Check Dep. | $81.21 | $0.00 | $81.21 |
| 08/23/2006 | Subsistence Payment | $0.00 | ($3.00) | $78.21 |
| 08/24/2006 | Subsistence Payment | $0.00 | ($3.00) | $75.21 |
| 08/25/2006 | Purchase | $0.00 | $39.24 | $35.97 |
| 08/25/2006 | Subsistence Payment | $0.00 | ($3.00) | $32.97 |
| 08/26/2006 | Subsistence Payment | $0.00 | ($3.00) | $29.97 |
| 08/27/2006 | Subsistence Payment | $0.00 | ($3.00) | $26.97 |
| 08/28/2006 | Subsistence Payment | $0.00 | ($3.00) | $23.97 |
| 08/29/2006 | Subsistence Payment | $0.00 | ($3.00) | $20.97 |
| 08/30/2006 | Subsistence Payment | $0.00 | ($3.00) | $17.97 |
| 08/31/2006 | Subsistence Payment | $0.00 | ($3.00) | $14.97 |
| 09/01/2006 | Subsistence Payment | $0.00 | ($3.00) | $11.97 |
| 09/02/2006 | Subsistence Payment | $0.00 | ($2.27) | $9.70 |
| 09/06/2006 | Purchase | $0.00 | $9.70 | $0.00 |
| 09/08/2006 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/15/2006 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/22/2006 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/29/2006 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/06/2006 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/09/2006 | Cash Deposit | $40.00 | $0.00 | $40.00 |
| 10/10/2006 | Subsistence Payment | $0.00 | ($3.00) | $37.00 |
| 10/10/2006 | Special Mail | $0.00 | $2.79 | $34.21 |
| 10/10/2006 | Voucher | $0.00 | $10.00 | $24.21 |
| 10/11/2006 | Subsistence Payment | $0.00 | ($2.86) | $21.35 |
| 10/16/2006 | Purchase | $0.00 | $21.35 | $0.00 |
| 10/17/2006 | Cash Deposit | $43.00 | $0.00 | $43.00 |
| 10/18/2006 | Subsistence Payment | $0.00 | ($3.00) | $40.00 |
| 10/18/2006 | Pending Order | $0.00 | $39.55 | $0.45 |
| 10/19/2006 | Subsistence Payment | $0.00 | ($0.45) | $0.00 |